IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALEXANDER PERAZA-PILOTO,                               **PETITIONER**
A# 201-967-412

v.                                    **CIVIL NO. 5:26-cv-102-DCB-BWR**

WARDEN, Adams County Correctional Center      **RESPONDENT**

## ORDER

On February 25, 2026, this Court received a Petition for Writ of Habeas Corpus from Arelys Piloto Rodriguez, on behalf of Alexander Peraza Piloto.  Pet. [1] at 1–3.  Because Petitioner did not sign his habeas petition, he was directed to do so.  Order [3] at 1–2.  Petitioner complied.  Resp. [10] at 1–8.  And he also filed a Motion to Expedite [5] and Emergency Motion for Temporary Restraining Order [6].  The Courts notes that Petitioner's mother, Arelys Piloto Rodriguez, as "next friend," has submitted Notices [9, 11, 13, 14], Letter [12], and Motions [7, 8].

"Courts do not automatically grant 'next friend' status under § 2242 to anyone that seeks to pursue an action or behalf of a petitioner." *Romanov on behalf of Romanova v. Frink*, No. CV H-25-3133, 2025 WL 2162290, at *2 (S.D. Tex. July 30, 2025).  "To qualify for 'next friend' status, the filer first 'must provide an adequate explanation — such as inaccessibility, mental incompetence, or other disability — why the real party in interest cannot appear on his own behalf to prosecute the actions." *Id.* (citing *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990)).  "Second, the filer must establish that he is 'truly dedicated to the best interests of the person on whose behalf he seeks to litigate' and that he has 'some significant relationship with

the real party in interest.'"  *Id.*  Here, Arelys Piloto Rodriguez as Petitioner's mother has shown a significant relationship but nothing more.  Petitioner, however, has shown that he is able to comply with the Court's Orders, representing his own interests, and litigating his Petition for habeas relief.

IT IS ORDERED that any request to recognize Arelys Piloto Rodriguez as "next friend" for Petitioner is denied.

IT IS FURTHER ORDERED that the Motion for Extension of Time [7] filed by Next Friend Arelys Piloto Rodriguez is denied because Petitioner filed his Amended Petition [10] on April 14, 2026.

IT IS FURTHER ORDERED that the Motion to Maintain Jurisdiction [8] filed by Next Friend Arelys Piloto Rodriguez is denied as unnecessary.

SO ORDERED, this 28th day of May, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE