### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

ALEXANDER PERAZA-PILOTO,                                    PETITIONER
A# 201-967-412

v.                                         CIVIL NO. 5:26-cv-102-DCB-BWR

WARDEN, Adams County Correctional Center            RESPONDENT

### <u>ORDER</u>

This matter is before the Court on pro se Petitioner Alexander Peraza-Piloto's Petition [1] and Amended Petition [10] for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]   Petitioner is an immigration detainee now housed at the Houston Processing Center in Houston, Texas.  Attach. [10-2] at 1.  When Petitioner filed this habeas petition, he was detained at the Adams County Detention Center in Natchez, Mississippi.  Pet. [1] at 1.  The transfer of a petitioner does not destroy a federal court's jurisdiction because jurisdiction attaches when the habeas petition is filed. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014); *see also Sambissa as next friend of Sambissa v. Noem*, No. EP-25-CV-00237-DCG, 2025 WL 2946619, at *3 (W.D. Tex. Aug. 31, 2025) (deciding that a detainee's post-filing relocation did not divest the court of jurisdiction).

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as

---

[1] Petitioner paid the filing fee on March 25, 2026.

respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). "[T]he proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435. The proper Respondent is Warden, Adams County Correctional Center. The Court will direct Respondents to file an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that Warden, Adams County Correctional Center is the proper and sole Respondent, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner wants to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Amended Petition [10] filed on April 14, 2026, a copy of the Order [3] entered on March 5, 2026, a copy of Petitioner's Motion to Expedite [5] and Emergency Motion for Temporary Restraining Order [6] filed on March 25, 2026, and a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430,

Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, 20 Hobo Fork Road, Natchez, Mississippi 39120.

**SO ORDERED**, this 29th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE